UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| GREGORY LOWRY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13 CV 145JMB |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (ECF No. 23).

In EAJA actions, the district court has the authority to award reasonable and necessary expenses associated with adjudicating a claim for social security benefits. Kelly v. Bowen, 862 F.2d 1333, 1335 (8th Cir. 1988). The Court finds that Plaintiff is entitled to EAJA fees in the amount of $4,361.25, payable to the Plaintiff as the prevailing party. Astrue v. Ratliff, 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010) (holding that EAJA fees are payable to the prevailing party and may be subject to offset to satisfy any pre-existing debt owed to the United States).

On March 13, 2015, the Honorable Terry I. Adelman reversed the Commissioner's decision and remanded Plaintiff's case to the Commissioner for further proceedings. Plaintiff now seeks attorney's fees in the amount of $4,361.25, which represents 19.25 hours of attorney work at $185.00 per hour and 8.0 hours of legal assistant work at $100.00 per hour. Defendant filed a response to Plaintiff's motion stating no objection to an award of EAJA fees of $4,361.25. The undersigned notes any award of attorney's fees is subject to offset to satisfy any pre-existing debt he owes to the United States. Id. Plaintiff executed a fee agreement assigning any fee

under the EAJA to his attorney.  <u>See</u> Doc. No. 23-3, Assignment of EAJA Fee.  Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Award of Attorney Fees Under the Equal Access to Justice Act (ECF No. 23) is **GRANTED** in the amount of $4,361.25.  The award is made payable to Plaintiff's counsel, based on the assignment, is subject to offset for any debt he owes the United States, and is to be mailed to Plaintiff's attorney.

An appropriate Judgment will accompany this Memorandum and Order.

      /s/ John M. Bodenhausen
UNITED STATES MAGISTRATE JUDGE

Dated this  1st  day of July, 2015.